■ Dorothy Sawyer, Appellant, v Ralph E. Pepe, Respondent. — Appeal from an order of the Supreme Court at Special Term (Viscardi, J.), entered April 18, 1984 in Fulton County, which, *inter alia,* granted defendant's motion to vacate an amended judgment and determined the amount of interest owed to plaintiff.

Order affirmed, with costs, upon the opinion of Justice Dominick J. Viscardi at Special Term. Mahoney, P. J., Kane, Casey, Levine and Harvey, JJ., concur.